AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jhon Jairo TELLEZ SEGURA | ) | Case No.    8:26-MJ-1827AAS |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 8, 2024 _____ in the county of _____ Hillsborough _____ in the _____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 1542 | False Statement in Application and Use of Passport |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

_____
_Complainant's signature_

Orlys Oquendo, Special Agent
_Printed name and title_

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _____ April 19, 2026 _____

_____
_Judge's signature_

City and state: _____ Tampa, FL _____

Hon. Amanda Arnold Sansone, USMJ
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Orlys Oquendo, being duly sworn, depose and state the following:

1.      I am a Special Agent with the Diplomatic Security Service (DSS), U.S. Department of State. I am presently employed as a Special Agent with the United States Department of State's Diplomatic Security Service, where I have worked since January 2025. I am currently assigned to the Miami Field Office in Miami, Florida. My duties include conducting criminal investigations of counterfeit and fraudulently obtained passports and visas. Prior to my tenure as a Diplomatic Security Service Special Agent, I worked from October 2009 to January 2025 as a Deputy Sheriff with the Hillsborough County Sheriff's Office (HCSO) in Tampa, Florida.

2.      As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States, as per 22 U.S. Code § 2709(a)(2).  I have also received training at the Foreign Affairs Security Training Center regarding criminal investigations of the laws related to travel documents, and violations of federal law, including violations of Title 18 of the United States Code.

3.      I make this affidavit in support of a criminal complaint charging an individual using the identity Juan Carlos MOLINA SANTIAGO, whom I

believe to be Jhon Jairo TELLEZ SEGURA, DOB 06/24/1965, with violating 18 U.S.C. § 1542 (False Statement in Application and Use of Passport). As set forth in greater detail below, an investigation by the Diplomatic Security Service (DSS) has revealed probable cause that:

a.    On or about May 8, 2024, Jhon Jairo TELLEZ SEGURA, a Colombian national born on June 24, 1965, knowingly made false statements on Form DS-82 (U.S. Passport Renewal Application for Eligible Individuals) by falsely claiming to be Juan Carlos MOLINA SANTIAGO, a U.S. citizen born in Puerto Rico on May 16, 1975, in violation of 18 U.S.C. § 1542.

## PROBABLE CAUSE

4.    On May 8, 2024, Jhon Jairo TELLEZ SEGURA purporting to be Juan Carlos MOLINA SANTIAGO (hereinafter referred to as "SUBJECT") mailed a Form DS-82 (U.S. Passport Renewal Application for Eligible Individuals). The mailing address listed on Form DS-82 was P.O. Box 172941, Tampa, Florida 33672. At the time of execution, the SUBJECT submitted his 2012 passport book #497117023. The New Orleans Passport Center (PPT/NO) received the Form DS-82 for processing and assigned barcode #429460563. On

May 23, 2024, PPT/NO issued the SUBJECT passport book #A39455518. The photograph submitted on Form DS-82 #429460563 is below:



*DS-82 #429460563 Photograph 05/08/24*

5.      As part of Operation BAILOUT, the Diplomatic Security San Juan Resident Office (DS/SJRO) identified a record in the Puerto Rico Department of Corrections (PR-DCR) database for Juan Carlos MOLINA SANTIAGO with a date of birth of May 16, 1975, and Social Security Number 584-XX-XX97. DS/SJRO queried this identifying information through the American Citizen Record Query (ACRQ) in the Consular Consolidated Database (CCD). That search returned a U.S. passport application associated with the SUBJECT using the same identity.

6.      A comparison of the photograph contained in the PR-DCR record with the photograph submitted on the SUBJECT's passport application indicated that the two images depict different individuals. The PR-DCR

photograph depicts an individual with the following characteristics: male, height 5'5", weight 150 lbs., brown hair, brown eyes. The photograph submitted on Form DS-82 #429460563 depicts a different individual. The PR-DCR photograph is below:



*PR-DCR Photograph 05/12/23*

7.      DS/SJRO also queried the Puerto Rico Driver's and Vehicles Information Database (PR-DAVID), which returned a Puerto Rico driver record for Juan C. MOLINA SANTIAGO (DOB: May 16, 1975). The record did not contain an associated photograph for comparison.

8.      DS/SJRO conducted a Facial Recognition (FR) on Demand search within CCD using the photograph affixed to Form DS-82 #429460563

against U.S. visa records. The search produced a positive match to the following individual:

Name: Jhon Jairo TELLEZ SEGURA

Date of Birth: June 24, 1965

Place of Birth: Colombia

Passport Number: 79353378

Visa Type: B1/B2 (Visitor for Business and Pleasure)

Issue Date: May 24, 1999

Expiration Date: May 19, 2004

9.      A comparison of the visa photograph for TELLEZ SEGURA with the photograph submitted on the SUBJECT's passport application revealed a strong resemblance. Both photographs depict an individual with the following characteristics: male, height approximately 5'9", black hair, brown eyes. The visa photograph is below:



*Visa Photograph 05/24/99*

10.     On February 23, 2025, DS/SJRO referred Form DS-82 #429460563 to the DS Miami Field Office (MFO) for review and further investigation, since the passport application was executed with an address in Tampa, Florida.

11.     On February 25, 2026, a DSS Investigative Specialist (IS) conducted a search through the Florida Driver and Vehicle Information Database (FL DAVID), which revealed a record for Juan Carlos MOLINA SANTIAGO bearing SSN 584-XX-XX97. The photograph affixed to FL DAVID record #M452-423-75-176-0 appears to resemble the photograph affixed to Form DS-82 #429460563. The record lists the address as 2705 Rio Grande Drive, Apt 102, Tampa, Florida 33618. The FL DAVID photograph is below:



*FL DAVID Photograph 07/19/22*

12.    Database queries conducted through CLEAR revealed numerous aliases associated with Social Security Number 584-XX-XX97, including variations of the name Juan C. Santiago and Juan Molina, as well as the listed mailing address P.O. Box 172941, Tampa, Florida, which corresponds with the mailing address used on the SUBJECT's passport renewal application.

13.    Review of U.S. Customs and Border Protection (CBP) border crossing and airline travel records indicates that the identity Juan Carlos MOLINA SANTIAGO has been used for repeated international travel between the United States and Colombia. These records show travel using U.S. passport book #497117023 and later passport book #A39455518, including multiple trips between Miami, Florida and Bogotá, Colombia.

14.    Based on the investigation, I believe that the true Juan Carlos MOLINA SANTIAGO is a U.S. citizen born in Puerto Rico on May 16, 1975, with Social Security Number 584-XX-XX97. According to the PR-DCR record, the true Juan Carlos MOLINA SANTIAGO has the following physical characteristics: male, height 5'5", weight 150 lbs., brown hair, brown eyes, with a last known address of Box 6641 Riachuelos Sabana Hoyos Arecibo, Puerto Rico 00688 (per PR Mugshot Profile #202302000251).

15.    The SUBJECT who submitted Form DS-82 #429460563 on May 8, 2024, falsely claimed to be Juan Carlos MOLINA SANTIAGO. Based on

the facial recognition match and photographic comparison, I believe the SUBJECT is Jhon Jairo TELLEZ SEGURA, a Colombian national born June 24, 1965, who previously held a B1/B2 visa that expired on May 19, 2004.

16.     The SUBJECT knowingly made false statements on Form DS-82 #429460563 by:

a. Falsely representing himself as Juan Carlos MOLINA SANTIAGO;

b. Falsely claiming a date of birth of May 16, 1975, when his true date of birth is believed to be June 24, 1965;

c. Falsely claiming to be a U.S. citizen born in Puerto Rico, when he is believed to be a Colombian national;

d. Falsely providing Social Security Number 584-XX-XX97, which belongs to the true Juan Carlos MOLINA SANTIAGO;

e. Swearing under oath that the information provided was true and correct; and

f. Swearing that the photograph attached to the application was a true likeness of himself as Juan Carlos MOLINA SANTIAGO, when it was actually a photograph of himself as Jhon Jairo TELLEZ SEGURA.

## CONCLUSION

17.    In summary, based upon the above facts and information, I submit there is probable cause to believe Jhon Jairo TELLEZ SEGURA, using the identity Juan Carlos MOLINA SANTIAGO, has violated Title 18, United States Code, Section 1542, by knowingly making false statements in a passport renewal application with intent to induce and secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws. Accordingly, I respectfully request that a criminal complaint be issued.

_____
Orlys Oquendo, Special Agent
U.S. Department of State, Bureau of Diplomatic
Security, Diplomatic Security Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. ~~41(d)(3)~~ before me on April __19__, 2026.    4(d) and 4.1

_____
HON. AMANDA ARNOLD SANSONE
UNITED STATES MAGISTRATE JUDGE