UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.  8:26-cr-00172-TPB-CPT

JHON JAIRO TELLEZ SEGURA.

## NOTICE OF APPEARANCE

Comes now, Ryan J. Maguire, attorney for Defendant and hereby enters this Notice of Appearance on his behalf in the above-captioned cause.

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, Jhon Jairo Tellez Segura, the above-named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges.  I hereby state that I have received a copy of the charging instrument.

Ryan J. Maguire,
Counsel for Defendant
Date: 6/12/2026

Jhon Jairo Tellez Segura,
Defendant

**IF DEFENDANT WAIVES HIS/HER/ITS RIGHT TO BE PRESENT AT THE SCHEDULED ARRAIGNMENT, COUNSEL FOR THE GOVERNMENT AND DEFENDANT MAY APPEAR TELEPHONICALLY AT THAT PROCEEDING.**

## REQUEST FOR DISCOVERY

Comes now, Jhon Jairo Tellez Segura, by and through his undersigned attorney, and hereby gives notice that (he/she/it) will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Email: ryan_maguire@fd.org

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Defendant's waiver of their presence and the presence of their attorney at the Arraignment and direct that the plea of not guilty be received for filing.  The matter of discovery will be addressed by separate order.

_____

CHRISTOPHER P. TUITE

UNITED STATES MAGISTRATE JUDGE

Date:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Erin Favorit, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender

2