**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:26-cr-172-TPB-CPT | **DATE:** | June 16, 2026 |
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JHON DARIO TELLEZ SEGURA | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Erin Favorit AUSA (present in court) | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** | 2:02 to 2:06 | **TOTAL:** 4 MIN | **PRETRIAL:** n/a |

<u>ARRAIGNMENT</u> (TELEPHONIC – Counsel only)

Defendant NOT present.

Court accepts the defendant's and counsel's waiver of presence at arraignment.
Reading of the indictment having been waived.
A plea of NOT GUILTY will be entered as to all counts.

Trial set for August 2026 trial term beginning week of August 3, 2026
Status conference:  July 20, 2026 at 9:30 am

Oral motion for discovery.   Oral motion for reciprocal discovery.
Government to provide Rule 16(a); Defendant to provide Rule 16(b).

Referred to Magistrate Judge Tuite for pretrial discovery order.
Pretrial discovery order to be electronically filed.