UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:26-cr-00172-TPB-CPT

JHON DARIO TELLEZ SEGURA

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby files this Notice of Maximum Penalties,

Elements of Offense, Personalization of Elements and Factual Basis, stating as

follows:

ESSENTIAL ELEMENTS

The essential elements of Count One, a violation of 18 U.S.C. § 1542, false

statement in application for a United States passport, are as follows:

First:          That the Defendant made a false statement in an application for a
                United States passport;

Second:         The Defendant made the statement intending to get a United
                States passport for his own use or the use of another; and

Third:          The Defendant acted knowingly and willfully.

The essential elements of Count Two, a violation of 18 U.S.C. § 1542, use of

false passport, are as follows:

First:          That the Defendant used or attempted to use or furnish to
                another for use any false passport;

Second:        The passport was secured by reason of any false statement; and

Third:        The Defendant acted knowingly and willfully.

## PENALTIES

The maximum penalty for each count is ten years' imprisonment, a fine of not more than $250,000, a term of supervised release of not more than three years, and a $100 special assessment.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 982(a)(6), as outlined in the Indictment.

## FACTUAL BASIS

On October 26, 2012, Jhon Dario Tellez Segura, purporting to be, "J.M.S.," submitted a form DS-11, application for a U.S. passport (#497117023) at a U.S. Postal Service facility in Tampa, Florida. On the document he listed the following information:

| Name | J.M.S. |
|---|---|
| Date of Birth | 05/XX/1975 |
| Place of Birth | Utuado, Puerto Rico |
| Social Security Number | 584-33-XXXX |

2



*2012 purported J.M.S photo*

Tellez Segura indicated on the application that he has only gone by the application name, "J.M.S." To prove his identity, the individual presented a Florida driver's license in the same name. Tellez Segura swore under oath that he was a United States citizen, that the statements made on the application were true and correct, that he had not willfully made a false statement on the application, and that the photograph attached was an accurate photograph. The State Department issued this passport.

On May 8, 2024, Tellez Segura, again purporting to be "J.M.S.," submitted a form DS-82, renewal application for a U.S. passport (#A39455518) via U.S. mail to the U.S. Postal Service in Tampa, Florida, from a Tampa address. On the document he listed the following information:

| Name | J.M.S. |
|---|---|
| Date of Birth | 05/XX/1975 |
| Place of Birth | Utuado, Puerto Rico |
| Social Security Number | 584-33-XXX |

3



*2024 purported J.M.S. photo*

Again, Tellez Segura indicated on the application that he has only gone by the application name, "J.M.S." To prove his identity, he presented his old passport and swore under oath that he was a United States citizen, that the statements made on the application were true and correct, that he had not willfully made a false statement on the application, and that the photograph attached was an accurate photograph. The State Department renewed this passport.

While investigating fraudulent passports, Diplomatic Security Service ("DSS") located at the San Juan Resident Office identified Puerto Rico Department of Corrections records for the true J.M.S. A comparison of J.M.S.'s records from Puerto Rico compared to the passport photos in his name, revealed they depicted different individuals. Agents ultimately determined "Jhon Jairo Tellez Segura," the defendant, as the person who stole J.M.S.'s identity. Tellez Segura is a Colombian national, who held a B1/B2 visa from May 24, 1999, to May 19, 2004.



*Tellez Segura B1/B2 Visa*

From May 24, 1990, to May 19, 2004, Tellez Segura held a B1/B2 visa and as a result, his fingerprints were stored in a database. Since the expiration of that visa, Tellez Segura no longer has legal status in the United States.

On April 19, 2026, Tellez Segura was on a flight inbound to the Tampa International Airport onboard Avianca Airlines flight 194 from Bogota, Colombia. During passport primary inspection with Customs and Border Protection ("CBP") Officers, he presented his fraudulently obtained United States passport bearing his photograph and J.M.S.'s name. He twice affirmed to CBP Officers that he was a United States citizen. During this inspection, law enforcement obtained Tellez Segura's fingerprints, matching his original 1999 B1/B2 visa fingerprints.

Tellez Segura, post-*Miranda*, agreed to speak with both CBP Officers and DSS agents at the Tampa International Airport. During this interview he admitted that his full name was John Dario Tellez Segura (his visa has a misspelling of Dario) and that he was born in Colombia on June XX, 1965. He also admitted he applied for a visa and lived here for about 10 years until its expiration. Later, (and a move to Mexico) he attempted to come to the United States three separate times and was returned to

Mexico three times. Eventually, he paid for a "coyote" to help him cross into the U.S. successfully.

While working illegally in the United States, a friend offered to give him a Puerto Rican birth certificate for $500. He bought the document, obtained a Florida driver's license with that document, then knowingly and willfully made false statements to obtain and renew the U.S. passport in J.M.S.'s name. Tellez Segura admitted to using the passport on multiple occasions for international travel.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:   */s/ Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 104887
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: erin.favorit@usdoj.gov

**U.S. v. Jhon Dario Tellez Segura**        **Case No. 8:26-cr-00172-TPB-CPT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Ryan Maguire, Esq.

          */s/ Erin Claire Favorit*
          Erin Claire Favorit
          Assistant United States Attorney
          Florida Bar No. 104887
          400 N. Tampa Street, Suite 3200
          Tampa, Florida 33602-4798
          Telephone:   (813) 274-6000
          Facsimile:    (813) 274-6358
          E-mail: erin.favorit@usdoj.gov