**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**HONORABLE CHRISTOPHER P. TUITE**

| | |
|---|---|
| **CASE NO.** 8:26-cr-00172-TPB-CPT | **DATE:** 7/15/2026 |
| **TITLE:** USA v. Jhon Dario Tellez Segura | |
| **START & END TIME:** 10:38 a.m. – 11:08 am | **TOTAL TIME:** 30 minutes |

| | |
|---|---|
| **Courtroom Deputy:** Octavia Jarnegan | **Pretrial** |
| **Court Reporter:** Digital | **Interpreter/Language:** James Plunkett/ Spanish |
| **Counsel for Government:** Erin Favorit, AUSA | |
| **Counsel for Defendant(s):** Ryan J. Maguire, AFPD | |

**CLERK'S MINUTES**
**Plea Hearing – Guilty**

Case called and appearances were made by the parties.

Interpreter sworn.

Defendant placed under oath.

An inquiry as to competency is conducted by the Court. The Court finds no issue with competency.

Court advises certain constitutional rights.

Defendant is charged with an Indictment.
Defendant consents to proceed before a magistrate judge.
The court advises charges, penalties, and rights. The Court reviews the Notice of Maximum Penalties with the Defendant and advises of maximum penalties.
The government provides a factual basis, and the defendant admits the facts without objection.

Defendant pleads guilty to Counts One and Two of the Indictment. The court finds that the defendant's plea is entered knowingly and voluntarily.

Report and recommendation to be entered. Adjudication of guilt is deferred. The sentencing date is to be set by a separate notice by the district judge.

Defendant referred to probation for a presentence investigation report.

Defendant remains in custody.

Court is in recess.