**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                               CASE NO: 8:26-cr-171-TPB-CPT

JHON DARIO TELLEZ SEGURA

---

### ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. 28) of United States Magistrate Judge Christopher P. Tuite, the plea of guilty of the defendant to Counts One and Two of the Indictment is now **ACCEPTED** and the defendant, Roshard Dawayne Lewis, is **ADJUDGED GUILTY** of such offenses.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge Thomas P. Barber, at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 14A, Tampa, Florida, 33602, on **October 15, 2026, at 10:00 A.M.** **Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes**.

**DONE** and **ORDERED** in Tampa, Florida this 17th day of July, 2026.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE