**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.** | 8:26-cr-172-TPB-CPT | **DATE:** | November 3, 2026 |
| **HONORABLE THOMAS P. BARBER** | | **INTERPRETER:** | James Plunkett (sworn) |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JHON DARIO TELLEZ SEGURA a/k/a "J.M.S."** | | **LANGUAGE:** | Spanish |
| | | **GOVERNMENT COUNSEL**<br>Erin Favorit, AUSA | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire, AFPD | |
| **COURT REPORTER:** Rebekah Lockwood | | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:08 – 10:16 a.m. | **TOTAL:** 8 mins. | **PROBATION:** | John Pryor |
| | | **COURTROOM:** | 14A |

**PROCEEDINGS:** **SENTENCING HEARING**

Defendant sworn and adjudged guilty as to Counts One and Two of the Indictment.

No objections by the parties and Court accepts PSR without changes.

Statements made by Counsel and Defendant.

Imprisonment: **<u>TIME SERVED</u>** as to each of Counts One and Two.

Supervised Release: **<u>THREE (3) YEARS</u>** as to each of Counts One and Two, all such terms to run concurrently.

Fine is waived. Special Assessment: $200.00 to be paid immediately.

Special condition of supervised release:

1. If defendant is deported, he shall not re-enter the United States without the express permission of the appropriate governmental authority.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

The mandatory drug testing requirements of the Violent Crime Control Act are suspended; however, the Defendant must submit random drug testing not to exceed 104 tests per year.

Defendant shall forfeit to the United States those assets that are subject to forfeiture as previously identified in the Order of Forfeiture and any subsequent orders.

Defendant is remanded into the custody of the U.S. Marshals to await appropriate processing by Immigration and Customs Enforcement.

Defendant advised of right to appeal and to counsel on appeal.